PETERSON *et al.* *v.* LAMBERT HOISTING ENGINE COMPANY.

BECK, J. Under the pleadings and facts in this case, as disclosed by the record, the court committed no error in granting the injunction and appointing a receiver.

*Judgment affirmed. All the Justices concur, except Holden, J., who did not preside.*

Argued May 21,—Decided November 15, 1907.

Injunction and receiver. Before Judge Worrill. Early superior court. April 11, 1907.

*Pottle & Glessner,* for plaintiffs in error.

*Park & Collins* and *Pope & Bennet,* contra.